# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

**SOUTHWESTERN BELL TELEPHONE COMPANY,**

                        **Plaintiff,**

**-vs-**                                                                                             Case No.  01-4158-RDR

**STATE CORPORATION COMMISSION OF THE STATE OF KANSAS, et al**

                        **Defendants.**

## JUDGMENT IN A CIVIL CASE

**Decision by Court.**    This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

       **IT IS ORDERED AND ADJUDGED**  Pursuant to the Memorandum and Order entered electronically January 26, 2005 that plaintiff, Southwestern Bell Telephone Company, take nothing of defendants, State Corp. Commission of State of KS, Sprint Corp., E.Spire Communications, Inc., MCI Worldcom Communications, Inc., Mpower Communications Central Corp., TCG Kansas City Inc., AT & T Communications of The Southwest, Inc., Birch Kansas Holdings, Inc. d/b/a Birch Telecom of Kansas Inc., Citizens' Utility Ratepayer Board, Bluestem Telephone Company, Blue Valley Tele-Communications Inc., Council Grove Telephone Company, Craw-Kan Telephone Cooperative, Inc., Golden Belt Telephone Association, Inc., Haviland Telephone Company, JBN Telephone Company Inc., Kan Okla Telephone Associates, Inc., Madison Telephone Company, Inc., Mokan Dial Inc., Mutual Telephone Company, Peoples Telecommunications, Inc., Pioneer Telephone Association, Inc., Rainbow Telephone Cooperative Association, Inc., Rural Telephone Service Company, Inc., S & A Telephone Company, Inc., S & T Telephone Cooperative Association, South Central Telephone Association, Inc., South Central Telecommunications of Kiowa, Inc., Southern Kansas Telephone Company, Inc., Sunflower Telephone Company Inc., Tri-County Telephone Association Inc., United Telephone Association, Inc., Wheat State Telephone Inc., Cunningham Telephone Company, Inc., Columbus Telephone Company, Gorham Telephone Company, H & B Communications, Inc., Home Telephone Company, Inc., LaHarpe Telephone Company, Inc., Moundridge Telephone Company, Totah Telephone Company, Incorporated, Twin Valley Telephone, Inc., Wamego Telephone Company, Inc., Wilson Telephone Company, Inc., Zenda Telephone Company, Inc., John Wine Honorable, in his official capacity as a commissioner of the State Corporation Commission of the State of Kansas, Cynthia Claus, Honorable, in her official capacity as a commissioner of the State of Kansas, Brian J. Moline, Honorable, in his official capacity as a commissioner of the State Corporation Commission of the State of Kansas. This action is dismissed.

Date:    January 26, 2005                                          RALPH L. DeLOACH, CLERK

                                                                            By: s/ Mary E. Hill

Mary E. Hill, Deputy Clerk